AO 241 (Rev. 10/07)

Page 2

**U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**
**FILED JUN 15 2016**
**WILLIAM W. BLEVINS CLERK**

**PETITION UNDER 28 U.S.C. § 2254 WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

H(5)

| United States District Court | District: Eastern District of Louisiana 16-7058 |
|---|---|
| Name (under which you were convicted): Adrian Marks | Docket or Case No.: 128118486 |
| Place of Confinement: Madison Parish Correctional Center | Prisoner No.: 386159 |
| Petitioner: Adrian Marks  v.  Respondent (authorized person-having custody of petitioner) Chris Stinson…Warden ||
| The Attorney General of the State of Louisiana: Buddy Caldwell ||

## PETITION

1.   (a) Name and location of court that entered the judgment of conviction you are challenging:

     22nd Judicial District Court/Div. "G"/ Washington Parish, P.O. Box 607/Franklinton, LA 70438

     (b) Criminal docket or case number (if you know): 128118486

2.   (a) Date of the judgment of conviction (if you know): June 17, 2013

     (b) Date of sentencing: June 17, 2013

3.   Length of sentence: 15 years/HFC/under R.S. 15: 529.1

4.   In this case, were you convicted on more than one count or of more than one crime?  ☒ Yes  ☐ No

5.   Identify all crimes of which you were convicted and sentenced in this case

     Count #1—Possession PWIT Schedule I (marijuana), R.S. 40:966/ 15 years CC with other sentence; CS with any other sentence

     Count # 2—Possession PWIT Schedule II (cocaine), R.S. 40:967 (A) (1)/ 15 years CC with each other but CS with any other

     Being served.
     Consecutive sentence has been served · beyond duration and term.

6.   (a) What was your plea? (Check one)

           ☐ (1)   Not guilty            ☐ (3)   Nolo Contendere (no contest)
           ☒ (2)   Guilty                ☐ (4)   Insanity plea
              under Crosby

Fee_____
Process_____
X  Dktd_____
__ CtRmDep_____
__ Doc. No._____

2

Dear Clerk,                                                June 12, 2016

<u>In Re: 16-7058/Sec. "H" Mag 5</u>

Please find and file on behalf of the petitioner Herein:

1.) A Motion for an Extension of Time To Re-Submit Forma Pauperis.

2.) A copy of an Application To Proceed w/o Prepayment of Fees as an <u>Exhibit</u> and <u>Showing</u> as dated that The petitioner Herein has done everything required as a ProSe litigant in custody can do. However The Institutions Banking/Acct. Dept. has not complied nor corresponded to The petitioner's original App presented upon Banking/Accounting personnel.

3.) The First page of The 2254 Writ of Habeas Corpus petition in reference to correcting the Deficiency to properly caption the petition to state Eastern District of Louisiana.

Instructions and Return Receipt to Filing requested,

Thank You,
s/ Adrian R. Marks 386159
Adrian R. Marks 386159
S.C.C. Bldg 4D
158 Treatment Plant Rd.
Tallulah, La.
71282

TENDERED FOR FILING
JUN 15 2016
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Adrian R. Marks
S.C.C. Bldg 4D
158 Treatment Plant Rd.
Tallulah, La.
71282

Clerk, U.S. District Court
500 Poydras Street
Room C-151
New Orleans, La.
70130

7013 0*3367